UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED

DEC 2 1 2017

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

## INDICTMENT FOR ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17- 156-JWD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 2251(a) & (e) |
| | : | 18 U.S.C. § 2253(a) |
| MICHAEL ESPOSITO | : | |

### THE GRAND JURY CHARGES:

On or about November 15, 2016, in the Middle District of Louisiana, **MICHAEL ESPOSITO**, defendant herein, knowingly attempted to employ, use, persuade, induce, entice, and coerce Child Victim A, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

The above is a violation of Title 18, United States Code, Section 2251(a) & (e).

### NOTICE OF FORFEITURE

Upon conviction, **MICHAEL ESPOSITO**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Sections 2251 and 2252A; any property constituting or traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of the above-charged offense; and any and all property used or intended to be used in any manner or

C Le
USM - Certified

part to commit or to promote the commission of such offense, including, but not limited to, the following:

(1) Western Digital hard drive, serial number WCAU5010468l; and

(2) Wireless pinhole camera.

UNITED STATES OF AMERICA, BY

COREY R. AMUNDSON
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

CAM T. LE
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

REDACTED
PER PRIVACY ACT

GRAND JURY FOREPERSON

12/21/2017
DATE